1076

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL J. AIELLO, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 86–1–00103–4, James B. Sawyer II, J., entered June 8, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

THE STATE OF WASHINGTON, *Respondent,* v. JAMES CHRISTOPHER HEATH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 127482R20, Robert H. Peterson, J., entered July 17, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.

THE STATE OF WASHINGTON, *Respondent,* v. RONALD STEVEN GALLAUHER, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 86–1–00034–7, Grant S. Meiner, J., entered January 9, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.